[No. 30075-3-II.   Division Two.   November 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE FRANKLIN FARMER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-01454-6, Richard A. Strophy, J., entered March 14, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[Nos. 30320-5-II; 32142-4-II.   Division Two.   November 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD LAWRENCE COLE, JR., *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 03-1-00610-8, Frederick W. Fleming, J., entered May 2, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 30685-9-II.   Division Two.   November 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARILYN JEANINE STONE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-00425-3, Thomas Felnagle, J., entered August 1, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.

[No. 30810-0-II.   Division Two.   November 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES M. WALLACE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 03-1-00138-3, Kenneth D. Williams, J., entered August 15, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Hunt, JJ.